HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:18-cr-00242 LJO-SKO |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER** |
| | ) **APPOINTING COUNSEL** |
| vs. | ) |
| GORDON MEIER, | ) Date: 12/14/18 |
| | ) Time: 2:00 p.m. |
| Defendant. | ) Ctrm: 7 |
| | ) Judge: Hon. Sheila K. Oberto |

Defendant, Gordon Meier, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Defendant is charged by Indictment with 18 U.S.C. § 641, Theft of Public Money. On or about November 9, 2018, defendant was served with a Summons to appear in court on December 14, 2018 at 2:00 p.m. in Courtroom No. 7 before the Honorable Sheila K. Oberto, United States Magistrate Judge. Defendant submits the attached Financial Affidavit as evidence of his inability to retain counsel. It is respectfully recommended that counsel be promptly appointed.

Dated: December 10, 2018            */s/ Charles J. Lee*
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Branch Chief, Fresno Office

//

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __December 11, 2018__     _____/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE