1  McGREGOR W. SCOTT
   United States Attorney
2  HENRY Z. CARBAJAL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00242-LJO-SKO |
| Plaintiff, | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| v. | |
| GORDON MEIER, | |
| Defendant. | |

On January 21, 2020, defendant Gordon Meier entered a guilty plea to the Indictment which charges him with Theft of Public Money, in violation of 18 U.S.C. § 641.

As part of his plea agreement with the United States, defendant Gordon Meier agreed to forfeit voluntarily and immediately $6,400.00, less any forfeited funds, as a personal forfeiture money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1). See Defendant Meier's Plea Agreement ¶ II.E. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a forfeiture money judgment against defendant Gordon Meier in the amount of $6,400.00.

2. The above-referenced forfeiture money judgment is imposed based on defendant Gordon Meier's conviction for violating 18 U.S.C. § 641. Said amount represents the total amount which the

defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Date:  January 24, 2020　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　 /s/ Henry Z. Carbajal
　　　　　　　　　　　　　　　　　　　　　HENRY Z. CARBAJAL
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Gordon Meier in the amount of $6,400.00.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

　　Dated:  **January 24, 2020**　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE