MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL, III
ROBIN TUBESING
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>          v.<br><br>GORDON MEIER,<br><br>                  Defendant. | CASE NO. 1:18-CR-00242-NONE-SKO<br><br>**JOINT MOTION FOR ORDER REQUIRING PAYMENT OF CURRENCY INTO THE COURT'S DEPOSIT FUND; AND ORDER** |

   The United States and defendant Gordon Meier (the Movants) move for an order based on the following grounds:

   1.   The information in this case charges the defendant with Theft of Public Money in violation of 18 U.S.C. § 641.

   2.   The Parties have a negotiated resolution of the case as memorialized by their signed plea agreement entered on December 20, 2019 (the Plea Agreement).  Pursuant to the Plea Agreement, the defendant agrees to pay a $0 fine, a $100.00 special assessment, and $6,400.00 in restitution.  The defendant affirms that his conduct caused a loss to the Social Security Administration in the amount of $6,400.00.

   3.   The defendant has $6,500.00 set aside to effect a lump sum payment towards the full amount of the assessment, and restitution owed in this case.

4. The Parties agree that the $6,500.00 can and should be paid into the court's deposit fund (the Deposit) at or before his sentencing hearing currently scheduled August 6, 2020. The defendant will not oppose the application of the Deposit towards the criminal monetary penalties entered against him.

5. Accordingly, the Parties request that the Court sign the proposed order below directing that the $6,500.00 be paid to the Clerk of Court so that it may be deposited into the court's deposit fund.

Respectfully submitted,

FOR THE UNITED STATES:       McGREGOR W. SCOTT
                             United States Attorney

Dated: July 27, 2020      By:   /s/ Henry Z. Carbajal, III
                                HENRY Z. CARBAJAL, III
                                Assistant United States Attorney

FOR DEFENDANT GORDON MEIER:

Dated: July ___, 2020
                                GORDON MEIER

Dated: July 27, 2020      By:   /s/ Reed Brian Grantham
                                REED BRIAN GRANTHAM
                                Attorney for defendant GORDON MEIER

**O R D E R**

The Court, having reviewed the court files and the Parties' joint motion for order requiring payment of currency into the court's deposit fund (the Motion), and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. The defendant shall deliver to the Clerk of the Court, a check or money order in the amount of $6,500.00, made payable to the "Clerk of Court" (the Deposit) at or before his sentencing hearing scheduled for August 6, 2020.

2. The defendant shall mail or deliver the Deposit to the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. The defendant shall also state the docket number (Case No.: 1:18-CR-00242-NONE-SKO) on the payment instrument and, if he desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

3. Upon sentencing, the clerk shall apply the $6,500.00 towards defendant's criminal monetary obligations.

IT IS SO ORDERED.

Dated:   **July 29, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE