1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   REED GRANTHAM, CA Bar #294171
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    GORDON MEIER
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No.  1:18-cr-00242-DAD-SKO

12                 Plaintiff,              **STIPULATION AND ORDER CONTINUING
                                           SURRENDER DATE**
13         v.
                                            Judge:  Hon. Dale A. Drozd
14  GORDON MEIER,

15                 Defendant.

16

17         IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for defendant Gordon Meier, that the self-surrender

20  date for Gordon Meier be continued from October 1, 2020, to December 4, 2020, at or before

21  2:00 p.m. at U.S.P. Lompoc, due to the defense's medical concerns relating to the ongoing

22  COVID-19 pandemic and to provide sufficient time for Mr. Meier to prepare to self-surrender.

23  //

24  //

25  //

26  //

27  //

28  //

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: September 15, 2020          */s/ Henry Carbajal*
                                 HENRY CARBAJAL
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


                                 HEATHER E. WILLIAMS
                                 Federal Defender

Date: September 15, 2020          */s/ Reed Grantham*
                                 REED GRANTHAM
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 GORDON MEIER


## O R D E R

IT IS HEREBY ORDERED that the self-surrender date for Gordon Meier be continued

from October 1, 2020, to December 4, 2020, at or before 2:00 p.m. at U.S.P. Lompoc.

IT IS SO ORDERED.

   Dated:   **September 16, 2020**          _____
                                 UNITED STATES DISTRICT JUDGE