HEATHER E. WILLIAMS, Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GORDON MEIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:18-cr-00242-DAD-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SURRENDER DATE** |
| v. |  |
| GORDON MEIER, | Judge:  Hon. Dale A. Drozd |
| Defendant. |  |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Gordon Meier, that the self-surrender date for Gordon Meier be continued from December 4, 2020, to February 12, 2021, at or before 2:00 p.m. at U.S.P. Lompoc.

Such a continuance is being sought as a result of defense concerns relating to the current state of coronavirus infection rates both in California and nationally and Mr. Meier's age (67) and health risk factors that, according to the Centers for Disease Control and Protection (CDC), put him at an increased risk for severe illness and complications relating to the coronavirus if contracted. Moreover, it is the defense's belief that given recent promising news regarding the development of a safe and effective vaccine for the coronavirus, a continuance of Mr. Meier's self-surrender date is prudent in this case. Additionally, Mr. Meier has several medical

appointments scheduled in December 2020 (further bloodwork and consult regarding one of his kidneys) and in January 2021 (eye injections relating to macular degeneration in his right eye) that require attention prior to his self-surrender into custody.

     Mr. Meier has been released in this matter since December 14, 2018, with no new arrests and no known violation conduct during this time. In light of the above, the government does not oppose the defense request for a continuance of the self-surrender date in this case.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: November 20, 2020     */s/ Henry Carbajal*
HENRY CARBAJAL
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 20, 2020     */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
GORDON MEIER

**O R D E R**

IT IS HEREBY ORDERED that the self-surrender date for Gordon Meier be continued from December 4, 2020, to February 12, 2021, at or before 2:00 p.m. at U.S.P. Lompoc.

IT IS SO ORDERED.

Dated:   **November 22, 2020**     _____
UNITED STATES DISTRICT JUDGE

Meier – Stipulation and Order     2