1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   REED GRANTHAM, CA Bar #294171
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    GORDON MEIER
7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No.  1:18-cr-00242-DAD-SKO

12               Plaintiff,                **STIPULATION AND  ORDER
                                           CONTINUING SURRENDER DATE**
13           v.
                                            Judge:  Hon. Dale A. Drozd
14  GORDON MEIER,

15               Defendant.

16

17          IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for defendant Gordon Meier, that the self-surrender

20  date for Gordon Meier be continued from February 12, 2021, to May 28, 2021, at or before 2:00

21  p.m. at U.S.P. Lompoc.

22          Such a continuance is being sought as a result of defense concerns relating to the current

23  state of coronavirus infection rates both in California and nationally and Mr. Meier's age (66,

24  turning 67 on March 27, 2021) and health risk factors that, according to the Centers for Disease

25  Control and Protection (CDC), put him at an increased risk for severe illness and complications

26  relating to the coronavirus if contracted. In light of the development of a safe and effective

27  vaccine for the coronavirus, Mr. Meier is asking that his self-surrender date be continued until he

28  is able to be vaccinated against the coronavirus.

1

2

3

4

5

6

7

On or about January 14, 2021, the Department of Public Health in Kern County—where Mr. Meier resides—stated that Kern County would be starting to vaccinate individuals 65 or older against the coronavirus. Approximately one week ago, Mr. Meier, whose healthcare is provided by Veteran's Affairs (VA), inquired regarding when he may be able to be vaccinated. At that time, the VA scheduled two appointments for Mr. Meier to receive the vaccine for the coronavirus. As a result, Mr. Meier is currently scheduled to receive the first dose of the vaccine on April 20, 2021, and the second dose on May 11, 2021.

8

9

10

11

12

A continuance of Mr. Meier's self-surrender date is being sought to enable Mr. Meier to be fully vaccinated prior to entering Bureau of Prisons' custody. Mr. Meier has been released in this matter since December 14, 2018, with no new arrests and no known violation conduct during this time. In light of the above, the government does not oppose the defense request for a continuance of the self-surrender date in this case.

13

14

Respectfully submitted,

15

McGREGOR W. SCOTT
United States Attorney

16

17

Date: February 2, 2021

*/s/ Henry Carbajal*
HENRY CARBAJAL
Assistant United States Attorney
Attorney for Plaintiff

18

19

20

HEATHER E. WILLIAMS
Federal Defender

21

22

Date: February 2, 2021

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
GORDON MEIER

23

24

25

26

27

28

1

**O R D E R**

2          IT IS HEREBY ORDERED that the self-surrender date for Gordon Meier be continued

3    from February 12, 2021, to May 28, 2021, at or before 2:00 p.m. at U.S.P. Lompoc.

4

5    IT IS SO ORDERED.

6          Dated:    **February 2, 2021**                _____

7                                                         UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28